UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.S., by and through his natural mother and next friend, Laura Simmons,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICA, L.P., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:05CV02245 AGF<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon being advised that the above-referenced matter has been reassigned, the Rule 16 conference set for **Friday, March 3, 2006**, at **1:30 p.m.**, is hereby canceled.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated February 13, 2006.